UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. ROGERS,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>LOW INCOME INVESTMENT FUND, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02756-DMR<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

　　Plaintiff Brian F. Rogers has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendants.

　　While this case is pending, Plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

　　The court will conduct an initial case management conference on December 6, 2023 at 1:30 p.m. via Zoom webinar. A joint case management statement is due by November 29, 2023.

　　**IT IS SO ORDERED.**

Dated: August 30, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge