UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. ROGERS, | |
|     Plaintiff, | No. C 23-02756 WHA |
|     v. | |
| LOW INCOME INVESTMENT FUND, AARON BASKIN, PAUL WETTERHOLM, ADINA ZBRINGER, JOHANNA VAQUEZ, and SABRINA BAPTISTE, | **ORDER VACATING TRIAL** |
|     Defendants. | |

The Court granted summary judgment (Dkt. No. 90 (granting Dkt. Nos. 67, 70)) on all claims in favor of defendants. Therefore, the pending motion in limine (Dkt. No. 87) is **DENIED AS MOOT.** And, the trial set to begin January, 6, 2025, is **VACATED.**

**IT IS SO ORDERED.**

Dated: December 22, 2024.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE