UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN F. ROGERS,

    Plaintiff,

    v.

LOW INCOME INVESTMENT FUND, AARON BASKIN, PAUL WETTERHOLM, ADINA ZBRINGER, JOHANNA VAQUEZ, and SABRINA BAPTISTE,

    Defendants.

No. C 23-02756 WHA

**ORDER TO SHOW CAUSE**

For the way in which this meritless case was prosecuted by plaintiff (*see* Dkt. No. 90 at 5–14) and the way in which others brought by him were prosecuted, all of which have so far ended in favor of defendants in this district (*see id.* at 5–6), including the extortionate threats to slander defendant with its donors and thereby cut off its funding, plaintiff (and defendants) are **ORDERED TO SHOW CAUSE** why plaintiff should not be **DESIGNATED AS A VEXATIOUS LITIGANT** and barred from filing further suits without the advance permission of the district court. All submissions are due by **MONDAY, JANUARY 27, 2025 AT NOON** and all factual statements therein must be sworn under penalty of perjury. The hearing will be in Courtroom 12, Floor 19, in San Francisco on **THURSDAY, JANUARY 30, 2025 AT 8:00 A.M.**

    IT IS SO ORDERED.

Dated: December 24, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE